In the Matter of The City of New York, Respondent,
Relative to Acquiring Title to Lands in the Borough of
the Bronx as a Site for the Triborough Bridge.
122 Cypress Avenue Holding Corporation, Appellant.

Argued May 18, 1937; decided June 1, 1937.

*Sidney S. Levine* for appellant.

*Paul Windels, Corporation Counsel (William S. Gaud, Jr., Paxton Blair* and *Alfred D. Jahr* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.